Gerardo VALDOVINOS–INFANTE, a.k.a. Gerardo Infante Valdovinos, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 08–70843.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 26, 2010.

Theodore A. Mahr, Esquire, Moses Lake, WA, for Petitioner.

Wendy Benner–Leon, Esquire, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Esquire, Immigration and Naturalization Service Office of the District Counsel, Seattle, WA, for Petitioner.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Gerardo Valdovinos–Infante, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") decision denying his application for a waiver under 8 U.S.C. § 1186a(c)(4)(B). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the IJ's order denying

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the waiver, *Damon v. Ashcroft,* 360 F.3d 1084, 1088 (9th Cir.2004), and we deny the petition for review.

Substantial evidence supports the IJ's conclusion that Valdovinos–Infante failed to satisfy his burden of establishing that his marriage was entered into in good faith where he did not submit sufficient documentation indicating that he and his wife intended to establish a life together at the time of their marriage. *See Oropeza–Wong v. Gonzales,* 406 F.3d 1135, 1148 (9th Cir.2005).

We decline to consider the evidence Valdovinos–Infante attached to his opening brief because our review is limited to the administrative record underlying the IJ's decision. *See Fisher v. INS,* 79 F.3d 955, 963 (9th Cir.1996) (en banc).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.